UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **NAJJAR SHAFIQ** | **CIVIL ACTION NO. 12-582** |
| **REG # 41281-265** | **SECTION P** |
| **VERSUS** | **JUDGE MINALDI** |
| **ERIC H. HOLDER, JR.** | **MAGISTRATE JUDGE KAY** |

## REPORT AND RECOMMENDATION

Before the court is a petition for writ of habeas corpus filed on March, 2 2012, by *pro se* petitioner, Najjar Shafiq, pursuant to 28 U.S.C. §2241. When he filed his petition, petitioner was in the custody of the Department of Homeland Security/United States Immigration and Customs Enforcement (DHS/ICE). He was detained at the Oakdale Detention Center, Oakdale, Louisiana.

This matter has been referred to the undersigned magistrate judge for review, report, and recommendation in accordance with 28 U.S.C. §636(b)(1)(B).

Petitioner filed his petition on March 2, 2012, seeking to have this court order his release from custody. Petitioner claimed that there was no significant likelihood of removal in the reasonably foreseeable future. The March 2, 2012, document is the last correspondence sent to the court from petitioner. On March 26, 2012, correspondence from the court to the petitioner was returned to the court with the notation that petitioner was released. The information on the Federal Bureau of Prison's website confirms that the petitioner was released from post-removal-order detention custody on March 5, 2012. Thus, the court finds that his challenge to his detention is now moot and should be dismissed.

Accordingly,

IT IS RECOMMENDED that the petition be DENIED and DISMISSED as moot.

Under the provisions of 28 U.S.C. §636(b)(1)(C), the parties have fourteen (14) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT**

THUS DONE AND SIGNED in Chambers this 6th day of June, 2012.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE